UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENZION KELLMAN,
                      Plaintiff,

-v-

EQUIFAX INFORMATION SERVICES, *et al.*,
                      Defendants.

20-CV-1355 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On March 19, 2020, Defendant Santander Bank, N.A. filed a motion to dismiss the complaint. Accordingly, Plaintiff's opposition to Santander's motion to dismiss was due on or before April 2, 2020. No such opposition has been filed.

Accordingly, if Plaintiff fails to file an opposition to Santander's motion to dismiss on or before May 4, 2020, the motion may be considered unopposed.

        SO ORDERED.

Dated: April 20, 2020
       New York, New York

                                                J. PAUL OETKEN
                                            United States District Judge