UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————— x

BENZION KELLMAN,                                  :   Case No.:  1:20-cv-01355-JPO
                                                  :
                           Plaintiff,             :
                                                  :
       vs.                                        :
                                                  :
EQUIFAX INFORMATION SERVICES,                     :   **NOTICE OF SETTLEMENT WITH**
LLC, EXPERIAN INFORMATION                         :   **DEFENDANT EXPERIAN**
SOLUTIONS, INC., AMERICAN EXPRESS                 :   **INFORMATION SOLUTIONS, INC.,**
CO., BANK OF AMERICA, N.A.,                       :
JPMORGAN CHASE BANK, N.A., and                    :
SANTANDER BANK, N.A.,                             :
                                                  :
                           Defendants.            :
————————————————————————— x

       Plaintiff Benzion Kellman ("Plaintiff") hereby notifies the Court that the present case has

been settled between Plaintiff and Defendant Experian Information Solutions, Inc. (collectively,

the "parties"), and states as follows:

       1.      A settlement agreement is in the process of being finalized between the parties.

Once the settlement agreement is fully executed, and Plaintiff has received the consideration

required, the parties will respectfully request that the case be dismissed and closed.

       2.      The parties respectfully request that the Court stay this action as to Defendant

Experian Information Solutions, Inc., and adjourn all deadlines and conferences.

DATED:  August 24, 2020                    **COHEN & MIZRAHI LLP**
                                           EDWARD Y. KROUB

Granted.  This case is stayed as to Defendant
Experian Information Solutions, Inc. for 30 days
and the parties shall file a stipulation of dismissal
within that period.                                    /s/ Edward Y. Kroub
So ordered:  Sept. 17, 2020                        EDWARD Y. KROUB


J. PAUL OETKEN
United States District Judge

EDWARD Y. KROUB
300 Cadman Plaza West, 12th Floor
Brooklyn, NY 11201
Telephone:  929/575-4175
929/575-4195 (fax)
edward@cml.legal